HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
CARLOS ALBERTO BARVOZA-CASILLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:18-cr-00088 LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| CARLOS ALBERTO BARVOZA-CASILLAS | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Carlos Alberto Barvoza-Casillas, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

///

///

Mr. Barvoza-Casillas makes this request because he resides in Oakland, California, and wishes to minimize the time and expense involved in traveling to Fresno for non-dispositive hearings. AUSA Vincenza Rabenn has no objection to this request.

DATED: September 20, 2018        /s/ *Carlos Albert Barvoza-Casillas*
CARLOS ALBERTO BARVOZA-CASILLAS,
Defendant

DATED: September 20, 2018        /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for
CARLOS ALBERTO BARVOZA-CASILLAS

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **September 21, 2018**            /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE

Barvoza-Casillas: Rule 43 Waiver