| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
CARLOS ALBERTO BARVOZA-CASILLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:18-cr-00088 LJO-SKO |
|---|---|
| Plaintiff, | ) STIPULATION TO MODIFY CONDITIONS |
| vs. | ) OF PRETRIAL RELEASE; ORDER |
| CARLOS ALBERTO BARVOZA-CASILLAS, | ) JUDGE: Hon. Erica P. Gosjean |
| Defendant. | ) |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Carlos Alberto Barvoza-Casillas, that Mr. Barvoza-Casillas's conditions of release be temporarily modified to permit Mr. Barvoza-Casillas to leave his residence from 12:30 p.m. to 10:00 p.m. on December 1, 2018, to allow him to attend the quinceñera of his niece, Erica Gomez.

Pursuant to the Order Setting Conditions of Release, Mr. Barvoza-Casillas is subject to home detention, which requires him to remain inside his residence "at all times except for employment; education; religious services, medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO." Docket No. 10 at 2.

Mr. Barvoza-Casillas was released to the Westcare Men's Residential Program on April 25, 2018. He successfully completed the program and has resided at 834 29th Street, Oakland, California, for the past four months. Mr. Barvoza-Casillas has complied with all conditions of his pretrial release.

The church service for the quinceñera is scheduled for 2:30 p.m. at the Catholic Church located at 1237 Alabama Street, San Francisco, California. The service will be followed by a reception from 4 to 6:30, and dancing from 7 to 9, at 209 Miller Ave., in South San Francisco. Mr. Barvoza-Casillas is requesting that he be allowed to leave his residence from 12:30 p.m. to 10:00 p.m. on December 1, 2018. Mr. Barvoza-Casillas will be transported to and from the quinceñera by his nephew, Cesar Juarez.

The parties respectfully request that the Court temporarily modify the conditions of release as set forth above. All other conditions of Mr. Barvoza-Casillas' pretrial release shall remain in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 27, 2018            */s/ Vincenza Rabenn*
VINCENZA RABENN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 27, 2018            */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
CARLOS ALBERTO BARVOZA-CASILLAS

///

///

///

///

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | Pursuant to the parties' stipulation, the Court hereby temporarily modifies Special |
| 3 | Condition 7(m) as follows: Carlos Alberto Barvoza-Casillas is permitted to be outside of his |
| 4 | residence for the purpose of attending his niece's quinceñera from 12:30 p.m. to 10:00 p.m. on |
| 5 | December 1, 2018. |
| 7 | IT IS SO ORDERED. |
| 8 | Dated: **November 28, 2018** /s/ Erica P. Grosjean |
| 9 | UNITED STATES MAGISTRATE JUDGE |