| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
CARLOS ALBERTO BARVOZA-CASILLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:18-cr-00088 LJO-SKO |
|---|---|
| Plaintiff, | ) STIPULATION TO MODIFY CONDITIONS |
| | ) OF PRETRIAL RELEASE; ORDER |
| vs. | ) |
| CARLOS ALBERTO BARVOZA-CASILLAS, | ) JUDGE: Hon. Sheila K. Oberto |
| Defendant. | ) |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Carlos Alberto Barvoza-Casillas, that Mr. Barvoza-Casillas's conditions of release may be modified to permit Mr. Barvoza-Casillas to leave his residence between 6:00 a.m. and 10:00 p.m. All other conditions of Mr. Barvoza-Casillas' pretrial release shall remain in full force and effect.

Pretrial Services Officer Ryan Beckwith and Northern District of California Pretrial Services Officer Nelson Barao, who is Barvoza-Casillas' curtesy supervision officer in the Northern District of California, support the proposed modification to a curfew.

///

///

Pursuant to the existing Order Setting Conditions of Release, Mr. Barvoza-Casillas is subject to home detention. Special condition "M" currently provides:

> HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO

Docket No. 10, p.2.

The parties request that this portion of special condition "M" be deleted and replaced with the following:

> CURFEW: You must remain inside your residence between the hours of 10:00 p.m. and 6:00a.m., every day, unless your absence is pre-approved by the PSO

Mr. Barvoza-Casillas was released to the Westcare 90-day inpatient treatment program in April 2018. He successfully completed the program in July 2018 and has complied with all conditions of his release since that time. Mr. Barvoza-Casillas is attending classes two days per week, and would like to attend more classes, and lead a more productive life than is possible on home detention.

Based on the foregoing, the parties respectfully request that the Court modify Mr. Barvoza-Casillas' conditions of release as set forth above.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: February 14. 2019     */s/ Vincenza Rabenn*
VINCENZA RABENN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 14, 2019     */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
CARLOS ALBERTO BARVOZA-CASILLAS

**O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies Special Condition 7(m) of the Order Setting Conditions of Pretrial Release for Carlos Alberto Barvoza-Casillas as set forth above.

IT IS SO ORDERED.

Dated: __**February 14, 2019**__        /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE