MCGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
MICHAEL TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ALBERTO BARVOZA-CASILLAS,<br><br>Defendant. | CASE NO. 1:18-CR-00088-LJO-SKO<br><br>STIPULATION REGARDING CONTINUANCE OF HEARING DATE, EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 18, 2019<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for hearing on Defendant's Motion to Suppress on March 18, 2019.

2. By this stipulation, the parties now move to continue the hearing on Defendant's Motion to Suppress until April 29, 2019, and to exclude time between March 18, 2019, and April 29, 2019.

3. By this stipulation, the parties further move to continue the filing date for the government's opposition brief to April 8, 2019, and the defendant's reply brief to April 15, 2019.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has informed the defendant that certain government witnesses and counsel for the government are unavailable on March 18, 2019. Further, the government

notified the defendant of its expected opposition, and the parties desire additional time to discuss resolution of the case.

      b) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 18, 2019 to April 29, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D), because it results from a continuance granted by the Court at parties' request on the basis of the Court's finding that the delay is resulting from a pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion.

      c) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 8, 2019                      McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ VINCENZA RABENN
                                            VINCENZA RABENN
                                            Assistant United States Attorney

Dated: March 8, 2019                      /s/ ERIC KERSTEN
                                            ERIC KERSTEN
                                            Counsel for Defendant
                                            carlos alberto barvoza-casillas

## FINDINGS AND ORDER

IT IS SO FOUND. The hearing will now take place at 9:45 a.m. on April 29, 2019. IT IS SO ORDERED.

Dated: **March 11, 2019**            /s/ Lawrence J. O'Neill
                                            UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3