HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CARLOS ALBERTO BARVOZA-CASILLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00088 LJO-SKO |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER THEREON |
| vs. | |
| CARLOS ALBERTO BARVOZA-CASILLAS, | JUDGE: Hon. Erica P. Grosjean |
| Defendant. | |

  **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

counsel, Assistant United States Attorney Vincenza Rabenn, counsel for plaintiff, and Assistant

Federal Defender Eric V. Kersten, counsel for defendant Carlos Alberto Barvoza-Casillas, that

Mr. Barvoza-Casillas' conditions of release may be modified to permit Mr. Barvoza-Casillas to

spend the nights of April 24, 2019, and April 28, 2019, at the residence of Arturo Lopez, located

at 4378 North Cornelia Avenue, in Fresno, California. Mr. Barvoza-Casillas resides in Oakland,

California. This modification is requested to allow Barvoza-Casillas' to spend the requested

nights in Fresno prior to appearing in court on the mornings of April 25, 2019, and April 29,

2019.

  Mr. Barvoza-Casillas' does not possess a driver's license. His nephew, Cesar Juarez, has

been assisting Barvoza-Casillas with transportation, but Juarez cannot take time off work on

1    April 25, 2019, and April 29.  The requested modification will allow Mr. Barvoza-Casillas to

2    travel to Fresno by train, where he will spend one night in Fresno, on two occasions, before

3    appearing in court and then returning to his residence in Oakland.

4            Pursuant to the existing Order Setting Conditions of Release, special condition "M"

5    provides:

6            CURFEW:  You must remain inside your residence between the hours of
             10:00 p.m. and 6:00 a.m., every day, unless your absence is pre-approved
7            by the PSO

8

9            Barvoza-Casillas was initially released to the Westcare 90-day inpatient treatment

10   program in April 2018. He successfully completed the program in July 2018.  He was initially

11   released on conditions including home detention, and complied with all terms and conditions of

12   his release.  Thereafter, in February 2019, Barvoza-Casillas' conditions of release were modified

13   and the home detention condition was reduced to a curfew because Barvoza-Casillas continued

14   to comply all conditions of his release and he desired more flexibility to attend classes.

15           Darryl Walker, Mr. Barvoza-Casillas' Pretrial Services Officer in the Eastern District of

16   California, and Nelson Barao, Barvoza-Casillas' courtesy supervision officer in the Northern

17   District of California have been consulted regarding this proposed modification.  Neither has any

18   objection.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

The parties respectfully request that the Court temporarily modify the conditions of release as set forth above. All other conditions of Mr. Barvoza-Casillas' pretrial release shall remain in full force and effect.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: April 16, 2019                    /s/ Vincenza Rabenn
                                        VINCENZA RABENN
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender


Date: April 16, 2019                    /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        CARLOS ALBERTO BARVOZA-CASILLAS


**O R D E R**

Pursuant to the parties' stipulation, the Court modifies Special Condition 7(m) to allow Carlos Alberto Barvoza-Casillas to spend the nights of April 24, 2019, and April 28, 2019 at the residence of Arturo Lopez, located at 4378 North Cornelia Avenue, in Fresno, California.

IT IS SO ORDERED.

Dated:   **April 17, 2019**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE