| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | CARLOS ALBERTO BARVOZA-CASILLAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-00088 LJO-SKO |
| Plaintiff, | ) ) | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER |
| vs. | ) ) | JUDGE:  Hon. Barbara A. McAuliffe |
| CARLOS ALBERTO BARVOZA-CASILLAS, | ) ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Carlos Alberto Barvoza-Casillas, that Mr. Barvoza-Casillas' conditions of release may be modified to permit Barvoza-Casillas to spend the night of June 18, 2019 at the residence of Arturo Lopez, located at 4378 North Cornelia Avenue, in Fresno, California.  Mr. Barvoza-Casillas resides in Oakland, California.

This modification is requested to allow Barvoza-Casillas' to spend the requested night in Fresno prior to appearing in court on the morning of June 19, 2019.  Mr. Barvoza-Casillas' does not possess a driver's license and the modification will allow Barvoza-Casillas to travel to Fresno by train, where he will spend one night in Fresno before appearing in court the following morning, and then returning to his residence in Oakland.

Pursuant to the existing Order Setting Conditions of Release, special condition "M" provides:

> CURFEW: You must remain inside your residence between the hours of 10:00 p.m. and 6:00 a.m., every day, unless your absence is pre-approved by the PSO

Barvoza-Casillas was initially released to the Westcare 90-day inpatient treatment program in April 2018, and he successfully completed the program in July 2018. Barvoza-Casillas was released into the community on conditions including home detention. He complied with all terms and conditions of his release and the conditions were modified in February 2019, when the home detention condition was reduced to a curfew because Barvoza-Casillas continued to comply his conditions of release. A subsequent modification then allowed Barvoza-Casillas to spend the nights of April 24, 2019, and April 28, 2019 at the residence of Arturo Lopez, prior to court appearances on of April 25 and April 29, 2019. Mr. Barvoza-Casillas complied with all conditions of release during these modifications. .

Darryl Walker, Mr. Barvoza-Casillas' Pretrial Services Officer in the Eastern District of California, has been consulted regarding this proposed modification and the Pretrial Services Office does not object.

The parties respectfully request that the Court temporarily modify the conditions of release as set forth above. All other conditions of Mr. Barvoza-Casillas' pretrial release shall remain in full force and effect.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: June 14, 2019       */s/ Vincenza Rabenn*
                          VINCENZA RABENN
                          Assistant United States Attorney
                          Attorney for Plaintiff

///

///

///

|   |   |   |
|---|---|---|
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: June 14, 2019 | | */s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>CARLOS ALBERTO BARVOZA-CASILLAS |

## **O R D E R**

Pursuant to the parties' stipulation, the Court modifies Special Condition 7(m) to allow Carlos Alberto Barvoza-Casillas to spend the night of June 18, 2019 at the residence of Arturo Lopez, located at 4378 North Cornelia Avenue, in Fresno, California.

IT IS SO ORDERED.

Dated: __**June 14, 2019**__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE