| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>CARLOS ALBERTO BARVOZA-CASILLAS |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:18-cr-00088 LJO-SKO |
|---|---|
| Plaintiff, | ) STIPULATION TO MODIFY CONDITIONS<br>) OF PRETRIAL RELEASE; |
| vs. | ) ORDER THEREON |
| CARLOS ALBERTO BARVOZA-CASILLAS, | ) JUDGE: Hon. Erica P. Grosjean |
| Defendant. | ) |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Carlos Alberto Barvoza-Casillas, that Mr. Barvoza-Casillas' conditions of release may be modified to permit Barvoza-Casillas to spend the night of August 19, 2019 at the residence of Arturo Lopez, located at 4378 North Cornelia Avenue, in Fresno, California. Mr. Barvoza-Casillas resides in Oakland, California.

This modification is requested to allow Barvoza-Casillas' to spend the requested night in Fresno prior to appearing in state court on the morning of August 20, 2019, and then meeting with undersigned counsel during the afternoon of August 20, 2019. Mr. Barvoza-Casillas' does not possess a driver's license and the modification will allow Barvoza-Casillas to travel to Fresno by train, where he will spend one night in Fresno before appearing in court and meeting

with counsel the following day, and then returning to his residence in Oakland.

Pursuant to the existing Order Setting Conditions of Release, special condition "M" provides:

> CURFEW: You must remain inside your residence between the hours of 10:00 p.m. and 6:00 a.m., every day, unless your absence is pre-approved by the PSO

Barvoza-Casillas was initially released to the Westcare 90-day inpatient treatment program in April 2018, and he successfully completed the program in July 2018. Barvoza-Casillas was released into the community on conditions including home detention. He complied with all terms and conditions of his release and the conditions were modified in February 2019, when the home detention condition was reduced to a curfew because Barvoza-Casillas continued to comply his conditions of release. Subsequent modifications then allowed Barvoza-Casillas to spend the nights of April 24, 2019, April 28, 2019, and June 18, 2019 at the residence of Arturo Lopez, prior to court appearances on of April 25, April 28, 2019, and June 19, 2019. Mr. Barvoza-Casillas complied with all conditions of release during these modifications. .

Darryl Walker, Mr. Barvoza-Casillas' Pretrial Services Officer in the Eastern District of California, has been consulted regarding this proposed modification and the Pretrial Services Office does not object.

The parties respectfully request that the Court temporarily modify the conditions of

///
///
///
///
///
///
///
///
///

release as set forth above. All other conditions of Mr. Barvoza-Casillas' pretrial release shall remain in full force and effect.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: August 5, 2019   */s/ Vincenza Rabenn*
VINCENZA RABENN
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: August 5, 2019   */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
CARLOS ALBERTO BARVOZA-CASILLAS

## **O R D E R**

Pursuant to the parties' stipulation, the Court modifies Special Condition 7(m) to allow Carlos Alberto Barvoza-Casillas to spend the night of August 19, 2019 at the residence of Arturo Lopez, located at 4378 North Cornelia Avenue, in Fresno, California.

IT IS SO ORDERED.

Dated:   **August 6, 2019**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Barvoza-Casillas: Stipulation
and Proposed Order

3