| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | VINCENZA RABENN<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-00088 |
| Plaintiff, | DENIAL OF ORDER CONTINUING TRIAL |
| v. | DATE: October 8, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Lawrence O'Neill |
| CARLOS ALBERTO BARVOZA-CASILLAS, | |
| Defendants. | |

The Court has read and considered the Stipulation to Continue Trial and Exclusion of Time, filed by the parties in this matter on August 21, 2019. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, fails to demonstrate good cause to continue the trial, especially in light of this Court's inability to accommodate the requested new date, OR ANY DATE, before the Court leaves the Bench on February 2, 2020. The trial date is CONFIRMED as set.

IT IS SO ORDERED.

Dated: **August 22, 2019**        /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE

[PROPOSED] FINDINGS AND ORDER                    1