1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   CARLOS ALBERTO BARVOZA-CASILLAS
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:18-cr-00088 LJO-SKO

12 | Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER

13 | vs. |

14 | CARLOS ALBERTO BARVOZA-CASILLAS, | JUDGE:  Hon. Barbara A. McAuliffe

15 |  |

16 | Defendant. |

17

18         **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

19  counsel, Assistant United States Attorney Vincenza Rabenn, counsel for plaintiff, and Assistant

20  Federal Defender Eric V. Kersten, counsel for defendant Carlos Alberto Barvoza-Casillas, that

21  Mr. Barvoza-Casillas' conditions of release may be modified to permit Barvoza-Casillas to

22  spend the night of September 27, 2019 at the residence of Arturo Lopez, located at 4378 North

23  Cornelia Avenue, in Fresno, California.  Mr. Barvoza-Casillas resides in Oakland, California.

24         Mr. Barvoza-Casillas is scheduled to begin trial On October 8, 2019, before the

25  Honorable Lawrence J. O'Neill.  Mr. Barvoza-Casillas' does not possess a driver's license.  This

26  modification is requested to allow Barvoza-Casillas to travel to Fresno by train on September 27,

27  2019; meet with undersigned counsel for trial preparation during the evening of September 27,

28  2019; then return to his residence in Oakland by train on September 28, 2019.

Pursuant to the existing Order Setting Conditions of Release, special condition "M" provides:

> CURFEW: You must remain inside your residence between the hours of 10:00 p.m. and 6:00 a.m., every day, unless your absence is pre-approved by the PSO

Barvoza-Casillas was initially released to the Westcare 90-day inpatient treatment program in April 2018, and he successfully completed the program in July 2018. Barvoza-Casillas was released into the community on conditions including home detention. He complied with all terms and conditions of his release and the conditions were modified in February 2019, when the home detention condition was reduced to a curfew because Barvoza-Casillas continued to comply his conditions of release. Subsequent modifications then allowed Barvoza-Casillas to spend the nights of April 24, 2019, April 28, 2019, June 18, and August 19, 2019 at the residence of Arturo Lopez, prior to court appearances and/or meetings with counsel on April 25, April 28, 2019, June 19, and August 20, 2019. Mr. Barvoza-Casillas complied with all conditions of release during these modifications. .

Darryl Walker, Mr. Barvoza-Casillas' Pretrial Services Officer in the Eastern District of California, has been consulted regarding this proposed modification and the Pretrial Services Office does not object.

///
///
///
///
///
///
///
///
///

The parties respectfully request that the Court temporarily modify the conditions of release as set forth above. All other conditions of Mr. Barvoza-Casillas' pretrial release shall remain in full force and effect.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: September 26, 2019    /s/ Vincenza Rabenn
VINCENZA RABENN
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: September 26, 2019    /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
CARLOS ALBERTO BARVOZA-CASILLAS


## **O R D E R**

Pursuant to the parties' stipulation, the Court modifies Special Condition 7(m) to allow Carlos Alberto Barvoza-Casillas to spend the night of September 27, 2019 at the residence of Arturo Lopez, located at 4378 North Cornelia Avenue, in Fresno, California.

IT IS SO ORDERED.

Dated:    **September 26, 2019**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE