| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | CARLOS ALBERTO BARVOZA-CASILLAS |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00088 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER |
| vs. | |
| CARLOS ALBERTO BARVOZA-CASILLAS, | JUDGE: Hon. Barbara A. McAuliffe |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Carlos Alberto Barvoza-Casillas, that Mr. Barvoza-Casillas' conditions of release may be modified to permit Barvoza-Casillas to travel to Fresno, California on October 5, 2019, where he will reside at the residence of Arturo Lopez through the conclusion of his trial. Mr. Lopez' residence is located at 4378 North Cornelia Avenue, in Fresno, California. Mr. Barvoza-Casillas currently resides in Oakland, California.

Mr. Barvoza-Casillas is scheduled to begin trial On October 8, 2019, before the Honorable Lawrence J. O'Neill. The parties anticipate the trial will last 2-3 days. Mr. Barvoza-Casillas' does not possess a driver's license. This modification is requested to allow Barvoza-Casillas to travel to Fresno by train on October 5, 2019; meet with undersigned counsel for trial

preparation between October 5 and October 7, 2019; then then attend trial beginning October 8, 2019.

Pursuant to the existing Order Setting Conditions of Release, special condition "M" provides:

> CURFEW: You must remain inside your residence between the hours of 10:00 p.m. and 6:00 a.m., every day, unless your absence is pre-approved by the PSO

Barvoza-Casillas was initially released to the Westcare 90-day inpatient treatment program in April 2018, and he successfully completed the program in July 2018. Barvoza-Casillas was released into the community on conditions including home detention. He complied with all terms and conditions of his release and the conditions were modified in February 2019, when the home detention condition was reduced to a curfew because Barvoza-Casillas continued to comply his conditions of release. Subsequent modifications then allowed Barvoza-Casillas to spend the nights of April 24, 2019, April 28, 2019, June 18, August 19, 2019 and September 27, 2019 at the residence of Arturo Lopez, prior to court appearances and/or meetings with counsel on April 25, April 28, 2019, June 19, August 20 and September 27, 2019. Mr. Barvoza-Casillas complied with all conditions of release during these modifications. .

Darryl Walker, Mr. Barvoza-Casillas' Pretrial Services Officer in the Eastern District of California, has been consulted regarding this proposed modification and the Pretrial Services Office does not object.

///
///
///
///
///
///
///
///
///

The parties respectfully request that the Court temporarily modify the conditions of release as set forth above. All other conditions of Mr. Barvoza-Casillas' pretrial release shall remain in full force and effect.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: October 3, 2019

*/s/ Vincenza Rabenn*
VINCENZA RABENN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 3, 2019

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
CARLOS ALBERTO BARVOZA-CASILLAS

**O R D E R**

Pursuant to the parties' stipulation, the Court modifies Special Condition 7(m) to allow Carlos Alberto Barvoza-Casillas to travel to and to spend the night of October 5, 2019, where he will reside at the residence of Arturo Lopez through the conclusion of his trial, located at 4378 North Cornelia Avenue, in Fresno, California.

IT IS SO ORDERED.

Dated: **October 3, 2019**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE