**FILED**

FEB 1 4 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   ERIC V. KERSTEN, Bar #221057
    Assistant Federal Defender
3   2300 Tulare Street, Suite 330
    Fresno, CA  93721-2226
4   Telephone: 559-487-5561

5   Attorneys for Defendant
    CARLOS ALBERT0 BARVOZA CASILLAS

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.  1:18-cr-00088 LJO-SKO

12              Plaintiff,             **DEFENDANT'S MOTION TO EXONERATE
                                       PROPERTY BOND; EXHIBITS; ORDER**
13  vs.

14  CARLOS ALBERT0 BARVOZA             Judge:  Hon. Sheila K. Oberto
    CASILLAS,
15
                Defendant.
16

17

18          Pursuant to the Court's order of April 23, 2018 (Dkt #7), Mr. Barvoza-Casillas was

19  granted pretrial release on conditions including execution of a $2,000.00 cash bond (Dkt #10).

20  On April 23, 2018, Mario Mendoza Rocha posted a $2,000 cash bond on behalf of Mr. Barvoza-

21  Casillas:

| 04/23/2018 | RECEIPT number #CAE100038872 $2000.00 fbo Carlos Alberto Barvoza by Mario Mendoza Rocha on 4/23/2018. (Flores, E) [1:18-mj-00060-EPG] (Entered: 04/23/2018) |
|---|---|

25          Mr. Barvoza-Casillas complied with all conditions of release and was remanded into

26  custody upon entry of his guilty plea on October 8, 2019 (Dkt #7). Mr. Barvoza-Casillas was

27  sentenced by the Honorable Lawrence J. O'Neill on January 13, 2019. At that time Judge

28  O'Neill granted Mr. Barvoza-Casillas' request to exonerate the $2,000 cash bond, and directed

defense counsel to submit a proposed order at the direction of the Clerk's office:

| 01/13/2020 | 71 | MINUTES (Text Only) for proceedings before District Judge Lawrence J. O'Neill: SENTENCING held on 1/13/2020 for Carlos Alberto Barvoza-Casillas (1) Count 1 CUSTODY: 30 Months. Special Assessment $100. Supervised Release: 48 Months with conditions (unsupervised, if deported). Prison: Mendota, California. Appeal Rights given. Defense counsel request the cash bond to be exonerated-GRANTED. Defense counsel shall submit proposed order at the direction of the Clerk's office. DEFENDANT TERMINATED. CASE CLOSED. Government Counsel: Vincenza Rabenn present. Defense Counsel: Eric Kersten present. Custody Status: CUSTODY. Court Reporter/CD Number: Rachael Lundy. (Munoz, I) Modified on 1/17/2020 (Munoz, I). (Entered: 01/14/2020) |
|---|---|---|

Since no conditions of the bond remain to be satisfied, Mr. Barvoza-Casillas requests that bail be exonerated pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure, and the $2,000 cash bond returned to Mario Mendoza Rocha.

Date: February 13, 2020

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
CARLOS ALBERT0 BARVOZA CASILLAS

1

**O R D E R**

2

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $2,000 cash bond

3

posted in the above-captioned case and reconvey said bond to Mario Mendoza Rocha, who

4

posted $2,000.00 on Mr. Barvoza-Casillas' behalf.

5

DATED: February 14, 2020

6

_____

7

Hon. SHEILA K. OBERTO
Judge, United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28